## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | | Bankruptcy Case No. |
| Timothy S. Davidson ) | | |
| SSN: xxx-xx-6193 ) | | |
| Hailey R. Davidson ) | | 17-40874-JJR-7 |
| SSN: xxx-xx-5663 ) | | |
| 2018 Old Downey Mill Road ) | | |
| Anniston, AL 36207 ) | | Chapter 7 |
| ) | | |
| ) | | |
| Debtors. ) | | |

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF PROFESSIONAL PERSONS AS SPECIAL ATTORNEY NUNC PRO TUNC TO COMMENCEMENT OF CASE

Pursuant to Title 11 United States Code Section 327(e) and Federal Bankruptcy Rule of Procedure 2014(a), Rocco J. Leo, Trustee of the captioned bankruptcy case (hereinafter "Applicant"), requests the Court to approve the employment of Belt & Bruner, P.C. as Special Attorneys for the Estate, nunc pro tunc to the commencement of the above-styled bankruptcy case, to represent or assist Applicant in carrying out the duties as Trustee under Title 11 of the United States Code. In support of this request, Applicant represents as follows:

1. The person whose employment is requested (hereinafter "said person")

    (a) is professionally qualified and license, if required, for such employment;

    (b) does not hold or represent an interest adverse to the estate;

    (c) is a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code; and

    (d) has not served as an examiner in this case.

2. Said person is not employed by and does not represent a Creditor in this case.

3. The specific facts showing the necessity for the employment here requested are as

follows: Timothy S. Davidson had claims against an entity at the time the case was filed. Belt & Bruner, P.C. has been representing the Debtor in this matter prior to this Application.

4. The professional services to be rendered are as follows: Represent the Bankruptcy Estate in the Debtors' pre-petition claims and whatever claims may be property of this Bankruptcy Estate.

5. The reasons for the selection of said person are: Belt & Bruner, P.C. is experienced in such matters.

6. With the condition that the Court may allow different compensation after the conclusion of said person's employment if the terms and conditions here proposed prove to have been improvident in light of developments not capable of being presently anticipated, Applicant proposes the following reasonable terms and conditions of said person's employment: Retainer: _____, Allowance for Expenses: Necessary expenses as incurred.

7. Hourly basis for said person and for each other person expected to perform work and to be included in any application for compensation: None.

8. Contingent fee basis (if applicable): 33% of the amount collected after reasonable expenses

_____
Rocco J. Leo, Applicant
3250 Independence Drive
Birmingham, Alabama 35209
(205) 870-0000

## VERIFIED STATEMENT OF PERSON TO BE EMPLOYED

I have read the above and foregoing Application. As required by Federal Bankruptcy Rule of Procedure 2014(a), and in accordance with Federal Bankruptcy Rule of Procedure 9011(b) and Title 28 United States Code Section 1746, I declare under penalty of perjury that the statements there made with reference to me and my professional associates are true and correct. I am a disinterested person with the meaning of Title 11 United States Code Section 101(14). I have no connections with any creditor or other party of interest, their respective attorneys and accountants, the Bankruptcy Administrator, or any person employed in the office of the Bankruptcy Administrator except as listed below: _____

_____

My only connection with the Debtor(s) is that they hired Belt & Bruner, P.C. to assist him/her/them with this pre-petition claim. Belt & Bruner, P.C. has represented the Trustee in the past.

Except as stated below, the representations made in this Application with respect to said person apply to each of that person's partners and associates and members of his firm, professional corporation or other entity with whom or with which said person is professionally associated:

_____

This the 22nd day of May, 2018.

S. Drew Barnett
Belt & Bruner, P.C.
880 Montclair Road
Suite 300
Birmingham, AL 35213
(205) 933-1500

Witness:

_____

-3-

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June, 2018, I have served a copy of the foregoing **Application for Approval of Employment of Professional Person** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address listed below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures **as indicated below:**

**Served Via Electronic Mail:**
Robert J. Landry, III
Robert_Landry@alnba.uscourts.gov
Bankruptcy Administrator
1129 Noble Street, Room 117
Anniston, Alabama 36201

**Served Via Electronic Filing:**
Rocco J. Leo, Trustee
rleo@leoandoneal.com
Leo & O'Neal
3250 Independence Drive, Suite 201
Birmingham, AL 35209

**Served Via Electronic Filing:**
Wendy Ghee Draper
gheeanddraper@gmail.com
Ghee & Draper
Post Office Box 848
Anniston, AL 36202

_____
Max C. Pope, Jr.