**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | } | |
| Timothy S. Davidson | } | |
| Hailey R. Davidson | } | CASE NO. 17-40874- JJR |
| | } | CHAPTER 7 |
| xxx-xx-6193 | } | |
| xxx-xx-5663 | } | |
| DEBTOR(S) | } | |

**ORDER REQUIRING NOTICE AND HEARING ON**
**APPLICATION TO EMPLOY ATTORNEYS nunc pro tunc May 10, 2017**

      The trustee has applied for approval of Employment of Professional Persons, S. Drew Barnett of Belt & Bruner, P.C., 880 Montclair Road, Ste 300, Birmingham, AL  35213  as **Special Attorneys for Estate** representing or assisting in carrying out the duties of the trustee under Title 11 of the United States Code nunc pro tunc May 10, 2017.  Because of the Contingency Fee Agreement of 33 Percent, it is desirable that creditors have an opportunity to object to the terms of the employment if they wish to do so.

      It is **ORDERED, ADJUDGED, AND DECREED** that **NOTICE** is hereby given to all creditors and the Bankruptcy Administrator that the trustee's  Application to Employ S. Drew Barnett, of Belt & Bruner, P.C., nunc pro tunc May 10, 2017  as its attorneys will be heard in 113 U. S. Courthouse, 12th and Noble Streets, Anniston, AL 36201 , at 10:30  a.m. on July 26, 2018, to hear objections, if any to the approval of such employment.  If there are no objections, the employment may be approved.

Dated:  June 4, 2018

                   /s/James J. Robinson

                   James J. Robinson

                   Chief United States Bankruptcy Judge

/sog