**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION**

In the Matter of:
Timothy S Davidson }  **Case No: 17-40874-JJR7**
 SSN: XXX-XX-6193 }
Hailey R Davidson }
 SSN: XXX-XX-5663 }
   DEBTOR(S). }

**ORDER RESCHEDULING HEARING**

This matter came before the Court on Thursday, July 26, 2018 10:30 AM, for a hearing on the following:
 RE: Doc #46; Trustee's Application to Employ Belt and Bruner, P.C., as Special Attorneys for the Estate, nunc pro tunc May 10, 2017, filed by Max C. Pope, Jr., Attorney for the Trustee

Proper notice of the hearing was given and appearances were made by the following:
 N/A

**It is therefore ORDERED, ADJUDGED and DECREED that:**

 For good cause found, the hearing is RESCHEDULED as to time only to 9:30 a.m. on July 26, 2018, in Room 113 U.S. Courthouse, 12th & Noble Streets, Anniston, AL 36201.

Dated: 06/06/2018                 /s/ JAMES J. ROBINSON
                   JAMES J. ROBINSON
                   Chief United States Bankruptcy Judge